# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 17-CR-419** |
| | § | |
| **GAZELLE CRAIG, D.O., and** | § | |
| **SHANE FAITHFUL,** | § | |
| | § | |
| **Defendants.** | § | |

## SECOND AMENDED EXHIBIT LIST OF
## THE UNITED STATES OF AMERICA

| No. | Description | Offr. | Obj. | Admit | N/Adm. |
|---|---|---|---|---|---|
| | DOCUMENTS AND PHOTOS FROM GAZELLE CRAIG'S (CRAIG) RESIDENCE | | | | |
| 1. | Texas Medical Board Complaint Against Gazelle Craig, D.O. (Aug. 31, 2016) | | | | |
| 2. | Envelopes Titled "Doc" or "Dr. Craig" | | | | |
| 3. | Photographs From Craig's Residence | | | | |
| | DOCUMENTS AND PHOTOS FROM SHANE FAITHFUL'S (FAITHFUL) RESIDENCE | | | | |
| 200. | Instructions to NPs, PAs, and MAs Dated April 25, 2015 | | | | |
| 201. | Expense Report and Sign In Sheet for Gulfton Community Health Center (Gulfton) (June 28, 2016) | | | | |
| 202. | Gulfton Sign In Sheet (June 30, 2016) | | | | |
| 203. | Gulfton Appointment Card (July 15, 2016) | | | | |
| 204. | Envelopes | | | | |

| No. | Description | Offr. | Obj. | Admit | N/Adm. |
|---|---|---|---|---|---|
| 205. | Expense Reports | | | | |
| 206. | Texas Medical Board Complaint Against Gazelle Craig, D.O. (Aug.31, 2016) | | | | |
| 207. | Black Oakley Backpack | | | | |
| 208. | Photograph's from Faithful's Residence | | | | |
| | DOCUMENTS AND PHOTOS FROM GULFTON COMMUNITY HEALTH CENTER | | | | |
| 300. | Pre-signed Affordable MRI and Diagnostic Imaging Forms | | | | |
| 301. | Pre-signed One Step Diagnostic Forms | | | | |
| 302. | Folder with documents regarding Texas Medical Board | | | | |
| 303. | Gulfton Sign In Sheet Dated April 4, 2017* | | | | |
| 304. | Gulfton Sign In Sheet Dated May 24, 2017* | | | | |
| 305. | Binder Titled "2017 Call Backs and Appointment Lists" | | | | |
| 306. | Call List Folder | | | | |
| 307. | Gulfton Appointment Lists | | | | |
| 308. | Notebook Named "Money/Rent Receipt" | | | | |
| 309. | Notebook | | | | |
| 310. | Rapid Drug Test Results Forms | | | | |
| 311. | Referral Cards from March 6, 2017 to March 10, 2017 and April 11, 207 | | | | |
| 312. | Binder Titled "Compliance Binder" | | | | |
| 313. | Binder Titled "2016 Random" | | | | |
| 314. | Binder Titled "2016 Sign In Sheets" | | | | |
| 315. | Gulfton Sign In Sheets for June and July | | | | |
| 316. | Various Gulfton Call Back Lists | | | | |
| 317. | 2016 Appointments Notebook | | | | |

| No. | Description | Offr. | Obj. | Admit | N/Adm. |
|-----|-------------|-------|------|-------|--------|
| 318. | Appointments Notebook | | | | |
| 319. | Wall Signs | | | | |
| 320. | *Intentionally Left Blank* | | | | |
| 321. | *Intentionally Left Blank* | | | | |
| 322. | Prescriptions Written by Dr. Craig on June 28, 2016 | | | | |
| 323. | Prescriptions Written by Dr. Craig on June 30, 2016 | | | | |
| 324. | Prescriptions Written by Dr. Craig on April 11, 2017 | | | | |
| 325. | Prescriptions Written by Dr. Craig on May 24, 2017 | | | | |
| 326. | Gulfton Patient File for R. A. | | | | |
| 327. | Gulfton Patient File for B. A. | | | | |
| 328. | Gulfton Patient File for T. A. | | | | |
| 329. | Gulfton Patient File for C. A. | | | | |
| 330. | Gulfton Patient File for T. A. | | | | |
| 331. | Gulfton Patient File for L. A. | | | | |
| 332. | Gulfton Patient File for L. A. 1 of 2 | | | | |
| 333. | Gulfton Patient File for L. A. 2 of 2 | | | | |
| 334. | Gulfton Patient File for D. A. | | | | |
| 335. | Gulfton Patient File for L. A. | | | | |
| 336. | Gulfton Patient File for R. A. | | | | |
| 337. | *Intentionally Left Blank\** | | | | |
| 338. | Gulfton Patient File for C. M. 1 of 3 | | | | |
| 339. | Gulfton Patient File for C. M. 2 of 3 | | | | |
| 340. | Gulfton Patient File for C. M. 3 of 3 | | | | |

| No. | Description | Offr. | Obj. | Admit | N/Adm. |
|---|---|---|---|---|---|
| 341. | Gulfton Patient File for C. D. | | | | |
| 342. | Gulfton Patient File for E. E. | | | | |
| 343. | Gulfton Patient File for A. E. | | | | |
| 344. | Gulfton Patient File for C. F. | | | | |
| 345. | Gulfton Patient File for P. F. | | | | |
| 346. | Gulfton Patient File for D. F. | | | | |
| 347. | Gulfton Patient File for L. F. | | | | |
| 348. | Gulfton Patient File for J. G. | | | | |
| 349. | Gulfton Patient File for M. G. | | | | |
| 350. | Gulfton Patient File for A. G. | | | | |
| 351. | Gulfton Patient File for H. G. | | | | |
| 352. | Gulfton Patient File for R. G. | | | | |
| 353. | Gulfton Patient File for T. G. | | | | |
| 354. | Gulfton Patient File for A. H. | | | | |
| 355. | Gulfton Patient File for B. H. | | | | |
| 356. | Gulfton Patient File for C. H. | | | | |
| 357. | Gulfton Patient File for T. J. | | | | |
| 358. | Gulfton Patient File for V. J. | | | | |
| 359. | *Intentionally Left Blank\** | | | | |
| 360. | Gulfton Patient File for D. W. | | | | |
| 361. | Photographs Taken at Gulfton | | | | |
| | TEXAS MEDICAL BOARD RECORDS | | | | |
| 400. | Texas Medical Board Complaint Against Dr. Craig | | | | |
| 401. | Gulfton Office Records | | | | |
| 402. | Audit Spreadsheet | | | | |

| No. | Description | Offr. | Obj. | Admit | N/Adm. |
|---|---|---|---|---|---|
| 403. | Audit Calculation Sheet | | | | |
| RECORDED GULFTON ACTIVITY | | | | | |
| 500. | Audio from May 16, 2017 Visit | | | | |
| 501. | Audio from June 15, 2017 with Foreign Medical Graduate (FMG)** | | | | |
| 501A | Audio from June 15, 2017 with FMG and Dr. Craig, Visit 1 of 2** | | | | |
| 501B | Audio from June 15, 2017 with Dr. Craig, Visit 2 of 2** | | | | |
| 502. | *Intentionally Left Blank*** | | | | |
| 503. | Video from June 15, 2017 Visit | | | | |
| 504. | Video of Faithful at Gulfton | | | | |
| 505. | Gulfton Pole Camera Footage (April 4, 2017) | | | | |
| 506. | Gulfton Pole Camera Footage (June 13, 2017) | | | | |
| 507. | Gulfton Pole Camera Footage (June 19, 2017) | | | | |
| 508. | Gulfton Pole Camera Footage (June 29, 2017) | | | | |
| 509. | Gulfton Pole Camera Footage (July 7, 2017) | | | | |
| 510. | Video of Pre-Search at Gulfton (July 10, 2017)** | | | | |
| CONFIDENTIAL SOURCE DOCUMENTS | | | | | |
| 600. | Plea Agreement of Davis Carl Webster, Jr. | | | | |
| 601. | Confidential Source Agreements for D. W. | | | | |
| 602. | Confidential Source Agreements for L. P. | | | | |
| 603. | Expense Reports Provided by Confidential Source | | | | |
| 604. | Appointment Cards Provided by Confidential Source | | | | |
| 605. | Trace Pharmacy Prescription Receipts for D. W. | | | | |
| 606. | Trace Pharmacy Prescription Receipts for T. J. | | | | |

| No. | Description | Offr. | Obj. | Admit | N/Adm. |
|---|---|---|---|---|---|
| | PRACTITIONER PRESCRIBING HISTORY DETAIL REPORTS | | | | |
| 700. | Dr. Craig's Data (March 1, 2015 – December 31, 2015) | | | | |
| 701. | Dr. Craig's Data (January 1, 2016 – April 30, 2017) | | | | |
| 702. | Dr. Craig's Data  (May 1, 2017 – June 15, 2017) | | | | |
| | SUMMARY EXHIBITS | | | | |
| 800. | *Summary Exhibit* of Prescriptions Written by Dr. Craig on June 28, 2016 | | | | |
| 801. | *Summary Exhibit* of Prescriptions Written by Dr. Craig on June 30, 2016 | | | | |
| 802. | *Summary Exhibit* of Prescriptions Written by Dr. Craig on April 4, 2017 | | | | |
| 803. | *Summary Exhibit* of Prescriptions Written by Dr. Craig on May 24, 2017 | | | | |
| 804. | *Summary Exhibit* of Practitioner Prescribing History Detail Reports | | | | |

*Reflects changes to the January 5, 2018 USA Exhibit List, Dkt. 48
**Reflects changes to the January 19, 2018 USA Exhibit List, Dkt. 59

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 23, 2018, I electronically filed the

foregoing document with the Clerk of the Court and defense counsel of record

using CM/ECF.

*/s/  Scott P. Armstrong*
Scott P. Armstrong