**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | 4:17-CR-419 |
| VS. | * | 9:00 A.M. to 11:52 A.M. |
| GAZELLE CRAIG, D.O., AND SHANE FAITHFUL | * | FEBRUARY 9, 2018 |

**TRIAL**
**BEFORE THE HONORABLE DAVID HITTNER**
**AND A JURY**
Day 10 of 10 Days

**APPEARANCES:**

**FOR THE UNITED STATES OF AMERICA:**
Mr. Scott Philip Armstrong
Mr. Devon Morel Helfmeyer
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20005
(202) 355-5704

**FOR THE DEFENDANT, GAZELLE CRAIG, D.O.:**
Mr. Don E. Lewis
Attorney at Law
17617 St. James Place
Suite 625
Houston, Texas 77056
(713) 622-0318

**FOR THE DEFENDANT, SHANE FAITHFUL:**
Mr. Cornel A. Williams
Williams and Associates
1405 Palm Street
Houston, Texas 77004
(713) 520-5153

*Laura Wells, CRR, RDR*

1750

**APPEARANCES:**

**ALSO IN ATTENDANCE:**
Mr. Michael Mills
Mr. James Gainer
Dr. Gazelle Craig, D.O.
Mr. Shane Faithful
Ms. Saba Mortezavi

Court Reporter:
Laura Wells, RPR, RMR, CRR
515 Rusk, Suite 8004
Houston, Texas 77002

Proceedings recorded by mechanical stenography.
Transcript produced by computer-assisted transcription.

*Laura Wells, CRR, RDR*

**DAY 10
(Trial)**

February 9, 2018

|  | Page |
|---|---|
| Jury Note.......................................... | 1752 |
| Motion for Mistrial............................... | 1752 |
| Motion for Mistrial............................... | 1752 |
| Ruling of Court................................... | 1754 |
| Jury Dismissed.................................... | 1756 |
| Court Reporter's Certificate...................... | 1758 |

*Laura Wells, CRR, RDR*

|  |  |
|---|---|
| 1 | **PROCEEDINGS** |
| 2 | (Jury deliberations continued) |
| 3 | (Jury note to the Court.) |
| 4 | THE COURT:  Thank you.  Be seated.  All right. |
| 5 | We have a note.  The latest jury note is "We cannot reach |
| 6 | a unanimous decision." |
| 7 | What is the government's position? |
| 8 | MR. ARMSTRONG:  Please keep deliberating, Judge. |
| 9 | THE COURT:  And the defense's position? |
| 10 | MR. WILLIAMS:  Defense moves for a mistrial, Your |
| 11 | Honor. |
| 12 | MR. LEWIS:  Gazelle Craig also moves for a |
| 13 | mistrial. |
| 14 | THE COURT:  All right.  Do you have any other |
| 15 | requests?  I'm going to deny the government's motion.  But |
| 16 | is there anything else you want to inquire at this time? |
| 17 | MR. ARMSTRONG:  You are going to deny the |
| 18 | government's motion? |
| 19 | THE COURT:  That's correct.  I mean, the |
| 20 | government's motion.  I haven't granted theirs yet.  What |
| 21 | else do you want me to write? |
| 22 | MR. ARMSTRONG:  If Your Honor is not inclined to |
| 23 | instruct them to keep deliberating -- |
| 24 | THE COURT:  That's correct. |
| 25 | MR. ARMSTRONG:  -- we would ask if they are |

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | unanimous as to any count.                                   |
|          | 2  | THE COURT: Okay. Any objection to that?                      |
|          | 3  | MR. WILLIAMS: No objection, Your Honor.                      |
|          | 4  | THE COURT: Okay.                                             |
| 11:39:57 | 5  | MR. ARMSTRONG: Your Honor, just to be clear, I               |
|          | 6  | would request they be asked as to any counts as to either    |
|          | 7  | defendant.                                                   |
|          | 8  | THE COURT: All right. That is, "Have you                     |
|          | 9  | reached a unanimous decision as to any counts as to any      |
| 11:40:31 | 10 | defendant?"                                                  |
|          | 11 | If you would, Ellen, just return that to me.                 |
|          | 12 | As far as I'm concerned, any problem putting a verbal        |
|          | 13 | response to that or do you want them to sign it? Any         |
|          | 14 | problem with a verbal response?                              |
| 11:40:43 | 15 | MR. WILLIAMS: I have no objection to a verbal                |
|          | 16 | response.                                                    |
|          | 17 | MR. ARMSTRONG: A written response would be                   |
|          | 18 | preferred.                                                   |
|          | 19 | THE COURT: Say that again.                                   |
| 11:40:48 | 20 | MR. ARMSTRONG: A written response would be                   |
|          | 21 | preferred.                                                   |
|          | 22 | THE COURT: Get a written response. You can wait              |
|          | 23 | and say you'll be back in in 30 seconds. Okay. Just give     |
|          | 24 | it to them. Have a seat.                                     |
| 11:42:45 | 25 | It says, "No."                                               |

*Laura Wells, CRR, RDR*

|   |   |
|---|---|
| | 1    All right.  At this time, motion for mistrial is |
| | 2    granted on the entire case. |
| | 3    Now let's bring the jury back in, and we'll excuse the |
| | 4    jury. |
| 11:42:58 | 5              CASE MANAGER:  Judge, may I have just a second? |
| | 6              THE COURT:  Yes.  We have only six on that row, |
| | 7    right? |
| | 8              CASE MANAGER:  I need two minutes, Judge, please. |
| | 9              THE COURT:  Are you going to be in there with |
| 11:45:10 | 10   them? |
| | 11             CASE MANAGER:  Yes. |
| | 12             THE COURT:  Okay.  Everybody can be seated or |
| | 13   move around, if you would like.  We're just waiting on |
| | 14   them. |
| 11:46:44 | 15             THE MARSHAL:  All rise. |
| | 16        (Jury entered courtroom at 11:46 a.m.) |
| | 17             THE COURT:  Thank you.  Be seated.  All right. |
| | 18   Ladies and gentlemen, I'm going to ask the presiding |
| | 19   juror, that's Mr. XXXXXX, two questions.  Number one -- |
| 11:47:34 | 20   well, this is the basic question I'd ask you.  We have the |
| | 21   last question we had, "We cannot reach a unanimous |
| | 22   decision." |
| | 23        I will ask you:  Do you feel that there is any |
| | 24   possibility that a unanimous decision could be reached by |
| 11:47:49 | 25   any further -- any further deliberations? |

*Laura Wells, CRR, RDR*

| | |
|---|---|
| 1 | FOREPERSON:  No, Your Honor. |
| 2 | THE COURT:  All right.  Then I have granted a |
| 3 | mistrial in this case.  The entire case will have to be |
| 4 | redone right from the beginning. |
| 11:48:03  5 | I want to thank the attorneys and the jurors for their |
| 6 | service.  I will come back in and visit with you about |
| 7 | this case and answer any questions that you may have, once |
| 8 | we get back in there.  The only thing I do want to mention |
| 9 | to you is that since this case is now ongoing, it's an |
| 11:48:22  10 | ongoing case, you are not to discuss this case. |
| 11 | You are free now from all the prior instructions given |
| 12 | to you.  You are free to discuss this case in as much or |
| 13 | as little detail as anyone that you want to.  But you are |
| 14 | not to discuss anything about the case or have any contact |
| 11:48:38  15 | with anyone related to the case.  It includes the |
| 16 | government and their attorneys and, what is it, and their |
| 17 | witnesses and their agents and the defendants, their |
| 18 | agents, any of the parties in this case.  You are not to |
| 19 | discuss it. |
| 11:48:53  20 | If you get contact from anyone like that, you are |
| 21 | immediately to call my case manager.  Okay.  And then I'll |
| 22 | take care of it.  I need to put that in the form of an |
| 23 | official court order to the jury panel.  I have never had |
| 24 | a problem with it; but at this point, since there is a |
| 11:49:11  25 | mistrial, I need to direct that to you personally. |

*Laura Wells, CRR, RDR*

         However, you are free to discuss it with anyone else
you want.  You are free from all the prior instructions
given to you.
         We can't do this whole jury system without the
cooperation of the citizens.  We just can't do it.  I'll
come back in there, and I'll talk to you about some other
cases that the jury has found themselves in the same
situation.  I'll come back in and visit with you about
that.
         But it nowhere impedes anywhere the appreciation both
sides have as to your willingness to come down and sit on
a jury and to make a very difficult decision.
         So I will be in with you in about five minutes and
answer any questions you have.  And we can talk all about
some of the things I have in red as to what went on while
you weren't here in the courtroom.
         So with our appreciation at this time, you are
excused.  You may stand and return to the jury room.
              THE MARSHAL:  All rise for the jury.
         (Jury exited courtroom at 11:50 a.m.)
              THE COURT:  Have a seat.  Let's put it -- I have
never in all of my years -- I came close in two cases.
But I have never in my experience issued a gag order on
attorneys or on any parties.  I will say that I'm not
going to in this case.  But the attorneys know, all of the

*Laura Wells, CRR, RDR*

      1 attorneys know, the boundaries.  In effect, you can talk
2 about what is a matter of record but not as to anything
3 else.
4      You better inform -- you better inform your clients
5 about that, as far as I'm concerned.  They don't want to
6 mess with me along those grounds and neither does -- I'm
7 looking at the government -- and neither do your agents or
8 anyone else who testified for you.
9      We'll do it again.  If you would check, mark this
10 down, please.  Jury selection for the next trial in this
11 case -- and I will not entertain any matters for
12 continuance.  You have got to clear your own calendar.
13 The trial is set for March 19th, 2018.
14      Thank you for working together as best as you could.
15 I appreciate the advocacy on both sides.  We're going to
16 do it all again.  Remember, I go over and over again.  The
17 City Hall bribery trials went three different.  I was
18 ready to go with the fourth when DOJ said no more.
19      So I'm going to get this done.  It's an interesting
20 case, well tried, well tried.  I appreciate all the
21 attorneys, even though I may have been barking at one side
22 or the other during it.  But that date is immovable.
23 March 19th, 2018.  I will do it all again.  Thank you.  We
24 stand adjourned.
25          THE MARSHAL:  All rise.

*Laura Wells, CRR, RDR*

1  (Proceedings concluded at 11:52 a.m.)
2  *Date: March 7, 2018*
3  **COURT REPORTER'S CERTIFICATE**
4  *I, Laura Wells, certify that the foregoing is a*
5  *correct transcript from the record of proceedings in the*
6  *above-entitled matter.*
7
8  _____/s/ Laura Wells_____
9  *Laura Wells, CRR, RMR*

*Laura Wells, CRR, RDR*