UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 4:17-CR-00419 |
| GAZELLE CRAIG, Defendant | § § § | |

**FOURTH AMENDED**
EXHIBIT LIST FOR GAZELLE CRAIG, DEFENDANT

| NO. | Description | Off | Obj | Admit | N/Admit |
|---|---|---|---|---|---|
| 1. | CV for Defendant, Gazelle Craig | | | | |
| 2. | Continuing Medical Education for Defendant, Gazelle Craig | | | | |
| 3. | Texas Medical Board correspondence, dated 1/19/2018 | | | | |
| 4. | Response to Texas Medical Board, dated, January 21, 2018 | | | | |
| 5. | Email reply from Leonard Sims, Texas Medical Board Compliance, January 22, 2018 | | | | |
| 6. | Graves T. Owen, Texas Pain Rehabilitation Inst, Profile | | | | |
| 7. | Texas Pain Society Website Information | | | | |
| 8. | Travel receipt for Defendant, Gazelle Craig for travel 4-10- thru 4-13, 2016 | | | | |
| 9. | Government's Exhibit N-317 page0168547 | | | | |
| 10. | Government's Exhibit N-305 page 0204292 | | | | |

| NO. | Description | Off | Obj | Admit | N/Admit |
|---|---|---|---|---|---|
| 11. | Government's Exhibit N-317 page 0168540 | | | | |
| 12. | Government's Exhibit N-316 page 0221152 | | | | |
| 13. | Government's Exhibit N-317 page....0073584 | | | | |
| 14. | Government's Exhibit N-316 Misc 27, ....0221153 thru 155 | | | | |
| 15. | Government's Exhibit N-427 Patient CC, page ........834-900 | | | | |
| 16. | Government's Exhibit N-427 Patient JS, page ........651-717 | | | | |
| 17. | Government's Exhibit N-427 Patient AW, page ........854-910 | | | | |
| 18. | Government's Exhibit N-427 Patient KD, page ........353-409 | | | | |
| 19. | Government's Exhibit N-427 Patient SW, page ........041-089 | | | | |
| 20. | Government's Exhibit N-427 Patient QS, page ........897-937 | | | | |
| 21. | Government's Exhibit N-427 Patient CW, page ........522-559 | | | | |
| 22. | Government's Exhibit N-427 Patient AW, page ........050-071 | | | | |
| 23. | Government's Exhibit N-427 Patient HR, page ........_____ | | | | |

| NO. | Description | Off | Obj | Admit | N/Admit |
|---|---|---|---|---|---|
| 24. | Government's Exhibit N-427 Patient GS, page ........011-035 | | | | |
| 25. | Government's Exhibit N-427 Patient LR, page ........789-818 | | | | |
| 26. | Government's Exhibit N-427 Patient JA, page ........522-546 | | | | |
| 27. | Government's Exhibit N-427 Patient SG, page ........229-254 | | | | |
| 28. | Government's Exhibit N-427 Patient BL, page ........970-995 | | | | |
| 29. | Government's Exhibit N-427 Patient AC, page ........021-044 | | | | |
| 30. | Government's Exhibit N-427 Patient ZT, page ........040-062 | | | | |
| 31. | Government's Exhibit N-427 Patient MB, page ........721-737 | | | | |
| 32. | Government's Exhibit N-427 Patient RT, page ........398-407 | | | | |
| 33. | Government's Exhibit N-427 Patient US, page ........731-736 | | | | |
| 34. | Government's Exhibit N-427 Patient FK, page ........ _____ | | | | |
| 35. | Government's Exhibit N-449 Patient LC, page ........213-248 | | | | |
| 36. | Government's Exhibit N-449 Patient DM, page ........600-634 | | | | |

| NO. | Description | Off | Obj | Admit | N/Admit |
|---|---|---|---|---|---|
| 37. | Government's Exhibit N-449 Patient GB, page ........214-244 | | | | |
| 38. | Government's Exhibit N-449 Patient CD, page ........037-072 | | | | |
| 39. | Government's Exhibit N-449 Patient JB, page ........383-324 | | | | |
| 40. | Government's Exhibit N-449 Patient LD, page ........078-107 | | | | |
| 41. | Government's Exhibit N-449 Patient RH, page ........042-072 | | | | |
| 42. | Government's Exhibit N-449 Patient MR, page ........094-126 | | | | |
| 43. | Government's Exhibit N-449 Patient SJ, page ........904-931 | | | | |
| 44. | Government's Exhibit N-449 Patient CS, page ........447-527 | | | | |
| 45. | Government's Exhibit N-449 Patient AP, page ........052-074 | | | | |
| 46. | Government's Exhibit N-449 Patient OB, page ........234-260 | | | | |
| 47. | Government's Exhibit N-449 Patient MS, page ........536-556 | | | | |
| 48. | Government's Exhibit N-449 Patient JS, page ........234-260 | | | | |
| 49. | Government's Exhibit N-449 Patient WB, page ........236-264 | | | | |

| NO. | Description | Off | Obj | Admit | N/Admit |
|---|---|---|---|---|---|
| 50. | Government's Exhibit N-449 Patient AP, page ........814-840 | | | | |
| 51. | Government's Exhibit N-449 Patient JJ, page ........280-309 | | | | |
| 52. | Government's Exhibit N-449 Patient RA, page ........365-394 | | | | |
| 53. | Government's Exhibit N-449 Patient TT, page ........556-579 | | | | |
| 54. | Government's Exhibit N-449 Patient JT, page ........856-881 | | | | |
| 55. | Government's Exhibit N-449 Patient GL, page ........465-487 | | | | |
| 56. | Government's Exhibit N-449 Patient GH, page ........097-113 | | | | |
| 57. | Government's Exhibit N-449 Patient JA, page ........019-039 | | | | |
| 58. | Government's Exhibit N-449 Patient LJ, page ........152-181 | | | | |
| 59. | Government's Exhibit N-449 Patient TW, page ........524-543 | | | | |
| 60. | Government's Exhibit N-449 Patient MK, page ........046-066 | | | | |
| 61. | Government's Exhibit N-449 Patient QG, page ........149-171 | | | | |
| 62. | Government's Exhibit N-449 Patient FF, page ........578-600 | | | | |

| NO. | Description | Off | Obj | Admit | N/Admit |
|---|---|---|---|---|---|
| 63. | Government's Exhibit N-449 Patient RW, page ........734-765 | | | | |
| 64. | Government's Exhibit N-449 Patient AB, page ........685-709 | | | | |
| 65. | Government's Exhibit N-449 Patient EB, page ........042-062 | | | | |
| 66. | Government's Exhibit N-449 Patient JC, page ........011-024 | | | | |
| 67. | Government's Exhibit N-449 Patient CS, page ........989-999 | | | | |
| 68. | Government's Exhibit N-449 Patient AC, page ........272-277 | | | | |
| 69. | Government's Exhibit N-449 Patient DA, page ........322-330 | | | | |
| 70. | Government's Exhibit N-312 MISC 6, page ........0216505 | | | | |
| 71. | Government's Exhibit N-312 MISC 6, page ........0216532 | | | | |
| 72. | Government's Exhibit N-312 MISC 6, page ........0216536 | | | | |
| 73. | Government's Exhibit N-312 MISC 6, page ........0216577 | | | | |
| 74. | Government's Exhibit N-312 MISC 6, page ........0216587 | | | | |
| 75. | Government's Exhibit N-312 MISC 6, page ........0216606 | | | | |

| NO. | Description | Off | Obj | Admit | N/Admit |
|---|---|---|---|---|---|
| 76. | Government's Exhibit N-312 MISC 6, page ........0216620 | | | | |
| 77. | Government's Exhibit N-427 page ........0260050 - 0260071 | | | | |

Respectfully submitted,

DON E. LEWIS & ASSOC.
1717 St. James Place
Suite 625
Houston, Tx 77056
Tel: (713) 622-0318
Fax: (713) 622-0328

By: *[signature]*

Don E. Lewis
Lewisfirm@aol.com
Attorney for Gazelle Craig

CERTIFICATE OF SERVICE

I hereby certify and affirm that on **MARCH 26, 2018**, I electronically filed the foregoing document with the Clerk of the Court and United States Department of Justice, Assistant Attorney using CM/ECF

*[signature]*

Don E. Lewis