JUDGE _____ DAVID HITTNER _____
CASE MANAGER __ELLEN ALEXANDER__   RPTR/TAPE _Fred Warner_
USPO _Melissa Monks_____   INTERPRETER _N/A_

TIME _____ | _____ A.M.   3:20 | 4:15 P.M.   DATE _9/20/18_
        begin      end                    begin    end

CR. NO. _4:17-419_   DEFT. NO. _01_

UNITED STATES OF AMERICA          § _Scott Armstrong + Devon_ AUSA
VS.                               §              _Helfmeyer_
                                  §
_Gazelle Craig, D.O._             § _Jack Zimmerman + Teri_    ☐ CJA
                                  §           _Zimmerman (R)_

## SENTENCING

☑ ksen.   Sentencing held.  ☐ Guilty plea  ☑ Guilty verdict on _3/29/18_, Cts. _1-4_

☐ ksen.   Sentencing held **with contested issues**.

☑ ...   SENTENCE: Custody of the Bureau of Prisons for a term of 240 months as to Count 1; 180 months as to Counts 2-4 to run concurrent to each other but consecutive to Count 1 for a total term of 420 months. Supervised Release for a term of 3 years. Fine is waived. Defendant notified of his right to file a Notice of Appeal. Objections are overruled + the PSR + all addendum are adopted by the Court.
$50 special assessment on Counts _1-4_ _____.
(not CD)

☐ ...   **Time to serve.**

☐ kdismcntgv.   Counts _____ dismissed on government's motion.

☐ kosurr.   Deft ordered to surrender to U.S. Marshal on _____.

☐ ...   Deft ordered to surrender to institution when designated.

☐ kcphrg.   Change of plea hearing, deft withdraws plea of guilty. (kpstr.).

☐ kjytrl.   Jury trial set for _____ at _____.

☐ ko.(bnd.).   Deft bond ☐ set  ☐ reduced to $ _____  ☐ Cash  ☐ Surety  ☐ 10%  ☐ PR.

☐ ...   Deft failed to appear, bench warrant to issue.

☐ ...   Deft bond ☐ continued  ☐ forfeited.

☑ ...   Deft remanded to custody.

☑ ...   Terminate other settings for this deft.     ☑ Terminate motions for this deft.

OTHER PROCEEDINGS: _Motion for Downward Variance heard + denied._

C Copy to:   USPO